No. 03–5925.  CASTRO v. HORNUNG, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–5928.  BISHOP v. FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 03–5931.  MACARENA v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–5942.  COE v. DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 03–5947.  LEWIS v. UGLY DUCKLING CAR SALES ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 03–5948.  JACKSON v. BURTON, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 03–5951.  WINKFIELD v. BAGLEY, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 03–5956.  WILLIAMS v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 03–5963.  MOORE v. NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.

No. 03–5966.  MARTIN v. WILLIAMS.  Ct. App. Neb.  Certiorari denied.

No. 03–5968.  COLEMAN v. ROLLINS, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–5970.  CARRANZA v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 03–5973.  COFFELT v. TENNESSEE.  C. A. 6th Cir.  Certiorari denied.

No. 03–5975.  PRUITT v. MUSGROVE, GOVERNOR OF MISSISSIPPI, ET AL.  C. A. 5th Cir.  Certiorari denied.